UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-CV-26-F

| | |
|---|---|
| MARIAN RICKS,<br>    Plaintiff,<br><br>v.<br><br>WINDSOR EQUITY GROUP,<br>    Defendant. | **ORDER** |

The court having been informed that the parties hereto have compromised and settled all matters in controversy between them, it is hereby ORDERED that this action is DISMISSED without prejudice to either party to reopen the matter should the settlement not be consummated within **thirty (30) days** from the date of this order. Otherwise, the parties shall file their Stipulation of Dismissal with Prejudice within that period. The Clerk of Court is DIRECTED to remove the case from the court's pretrial and trial calendars.

SO ORDERED.

This the 27th day of December, 2011.

*[signature]*
JAMES C. FOX
Senior United States District Judge